# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>**Information Associated with Google Inc account email<br>address TaylorMadeDamon@gmail.com** | )<br>)<br>)   Case No. **18cm78**<br>)<br>)<br>) |

FA

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ____Western____ District of ____Arkansas____ *(identify the person or describe property to be searched and give its location):*   See "Attachment A"
This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711 (3)(A) and Federal Rule of Criminal Procedure 41

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*   See "Attachment B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ____18____ U.S.C. § ____2251____, and the application is based on these facts:   Production of Child Pornography---See "Attachment C"

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Leon Frisard, TFO HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **9/5/18**

_____
*Judge's signature*

City and state: Fayetteville, Arkansas        Erin L. Wiedemann, US Magistrate Judge
*Printed name and title*

ATTACHMENT C

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

STATE OF ARKANSAS         :
                          :
                          :    ss. **A F F I D A V I T**
                          :
COUNTY OF WASHINGTON      :

**Affidavit in Support of Application for Search Warrant**

I, LEON FRISARD, Washington County Sherriff's Office Detective and Taskforce officer with Homeland Security Investigations (HSI), being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Detective with the Washington County Sheriff's Office and assigned to the Internet Crimes Against Children (ICAC) Task Force. I have been a certified Law Enforcement Officer since 2006. As part of the ICAC Task Force, I am assigned as a Task Force Officer (TFO) to the Department of Homeland Security, Homeland Security Investigations ("HSI"), Fayetteville, Arkansas Office since 2013. I am authorized to investigate crimes involving the sexual exploitation of children pursuant to Title 18, United States Code, Section 2251, et seq. 2252(a)(1) and section 2252(a)(2). I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. .

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended

1

to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. I make this affidavit in support of an application for a search warrant for information associated with certain e-mail accounts utilized by DAMON WHITE, namely **TaylorMadeDamon@gmail.com** that are stored at premises controlled by Google Inc., an e-mail provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043.

4. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google Inc. to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts I believe necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violations of Title 18, United States Code (U.S.C.) § 2251 (Production of Child Pornography), are presently located within the Google email account of **TaylorMadeDamon@gmail.com**. Where statements of others are set forth in this affidavit, they are set forth in substance and in part.

### Statutory Authority

5. (a) This investigation concerns alleged violations of Title 18, United States Code, Sections 2251 and 2252, specifically the Production and/or Attempted Production of Child Pornography, Possession of Child Pornography, and Access with Intent to View Child Pornography.

(b) Under 18 U.S.C. Section 2251, it is a federal crime for any person using any means or facility of interstate and foreign commerce, to entice, use, persuade …a person that has not obtained the age of 18 years to engage in sexually explicit conduct for the purpose of creating a visual depiction of such conduct. Pursuant to 18 U.S.C. Section 2522, it is a federal crime to Possess or Access a device with the Intent to view Child Pornography as that term is defined by federal law. The term "minor," as used herein, is defined pursuant to Title 18, United States Code, Section 2256(1) as "any person under the age of eighteen years."

## PROBABLE CAUSE

6.  On May 5, 2017, the Fayetteville Police Department was contacted by the mother of a 15-year old female, (hereinafter referred to as Jane Doe). The mother reported that Jane Doe had been molested by, DAMON WHITE, on several occasions.

7.  On May 6, 2017, Jane Doe was forensically interviewed at the Children's Advocacy Center. Jane Doe disclosed, among other things, that WHITE began sexually abusing her over the past several months. She stated that he buys her clothing of a sexual nature and subsequently preforms sexual acts on her, such as anal and oral sex. Jane Doe also said that he has forced her to do cocaine to get her "mind off doing stuff." Jane Doe specifically disclosed that WHITE would video tape the sexual activity with a Go-Prod camera, so he could view it later.

8.  Based on Jane Doe's disclosure, the Centertown Police Department executed a state search warrant on the home of DAMON WHITE, located 501 Centerton Blvd. in Centerton, Arkansas. During the execution of the warrant, officers seized from the residence numerous electronic storage devices, including an Apple iPhone. These items were sent to the Office of Homeland Security for forensic examination. Of importance, HSI Computer Forensic Examiners

located approximately three digital videos of WHITE engaged in sexual activity with Jane Doe. These videos were taken with a GoPro camera and located on the accompanying SD card. All of the devices have yet to be examined, but investigators located a deleted note on WHITE's Apple IPhone, referencing a Gmail account named **TaylorMadeDamon@gmail.com**. There was also a notation next to this email address of TaylorMadeDamonFuckher. Taylor is the name of the minor victim herein.

9. Based on the recovered recordings produced by WHITE, the statement of the minor victims, and the name of the email address and notation directly thereby, your affiant submits Probable Cause exists to issue a search warrant for the above identified Gmail address.

## BACKGROUND CONCERNING E-MAIL

10. In my training and experience, I have learned that Google Inc. provides a variety of on-line services, including electronic mail ("e-mail") access, to the public. Google Inc. allows subscribers to obtain e-mail accounts at the domain name @gmail.com, like the e-mail account listed in Attachment A. Subscribers obtain an account by registering with Google Inc. During the registration process, Google Inc. asks subscribers to provide basic personal information. Therefore, the computers of Google Inc. are likely to contain stored electronic communications (including retrieved and un-retrieved e-mail for Google Inc. subscribers) and information concerning subscribers and their use of Google Inc. services, such as account access information, e-mail transaction information, and account application information. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

11. A Google Inc. subscriber can also store with the provider files in addition to e-mails, such as address books, contact or buddy lists, calendar data, chat history, pictures via a

linked Google Picasa account (other than ones attached to e-mails), bookmarks, and other files such as those stored in linked Google Documents and Google Drive applications, on servers maintained and/or owned by Google Inc. Google Inc. also stores search terms entered into Google Search tool by a user who is simultaneously logged into their Google E-mail account. In my training and experience, evidence of who was using an e-mail account may be found in address books, contact or buddy lists, e-mail in the account, and attachments to e-mails, including pictures, files, and search terms.

12. In my training and experience, e-mail providers generally ask their subscribers to provide certain personal identifying information when registering for an e-mail account. Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative e-mail addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

13. In my training and experience, e-mail providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, e-mail providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP

address information can help to identify which computers or other devices were used to access the e-mail account.

14.     In my training and experience, in some cases, e-mail account users will communicate directly with an e-mail service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users.  E-mail providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.  In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

## **CONCLUSION**

Based on the forgoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on Google Inc. who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

*[signature]*

LEON FRISARD
TFO Homeland Security Investigations

Affidavit subscribed and sworn to before me this \_\_\_5th\_\_\_ day of \_September\_ 2018

_____*Erin L. Wiedemann*_____

Erin L. Weidermann
United States Magistrate Judge

7

# ATTACHMENT A

## Property to Be Searched

This warrant applies to all information associated with all Google services associated with the accounts listed below, including but not limited to e-mail, chat communications, search history, contacts, calendar entries, Google Drive documents, bookmarks, Picasa Albums, which are stored at premises controlled by Google Inc., a company that accepts service of legal process at 1600 Amphitheatre Parkway, Mountain View, California, 94043 and electronic legal process via e-mail at uslawenforcement@google.com:

**TaylorMadeDamon@gmail.com** between **from January 1, 2017 until present**

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Google Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, in the form of emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A for the time period identified in Attachment A:

a.   The contents of all e-mails associated with the account, in the form of stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, originating IP information for all e-mails sent from the account, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b.   All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.   The types of service utilized;

d.   All records or other information stored at any time by an individual using the account, in the form of address books, contact and buddy lists, calendar data, **pictures, videos**

9

search history, Google Chat history, Google Documents files, Google Drive files, Google Code, bookmarks, Picasa Albums and files;

  e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken;

  f. All location history data, search history and search queries issued;

  g. All known User Agent Strings utilized by the account holders;

  h. A list of user accounts linked to the account by SMS, recovery email, secondary email, cookie, or Android device.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of 18 U.S.C. § 2251, those violations involving Damon White for each account or identifier listed on Attachment A, information pertaining to the following matters:

- All images and videos of any and all minors, Damon White, and/ adult or minor engaged in sexual activity, any notes, messages, conversations, recordings, or emails between Damon White , the minor victim, or others involved or solicited to be involved in sexual activity, any and all email receipts for sexual clothing, services, devices, sexual websites or hotels.

- Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts

- Email communications between **TaylorMadeDamon@gmail.com** and other e-mail users, known or unknown, where possible sexually explicit videos are traded, viewed, sent to, received from, and/or discussed.

- The identity and whereabouts of those persons who created, used, or communicated with the Google account identified in Attachment A.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Google Inc., and my official title is _____. I am a custodian of records for Google Inc. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Google Inc., and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of Google Inc.; and

    c.    such records were made by Google Inc. as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____       _____
Date                                                        Signature